IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  06-cv-00212-EWN-BNB

GREGORY GOODLOE,

Petitioner,

v.

THE UNITED STATES PAROLE COMMISSION, and
GARY K. WATKINS, (Custodian Warden),

Respondents.
_____

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

This matter is before me on the petitioner's **"Notice" 28 U.S.C. 636(c)** (the "Motion"), filed March 27, 2006.  I respectfully RECOMMEND that the Motion be DENIED.

The petitioner is currently in custody at the Fremont Correctional Facility ("FCF") in Canon City, Colorado.  On February 7, 2006, the petitioner filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Application").  The Application names as respondents the United States Parole Commission and the Warden of FCF.  The petitioner now seeks leave to name eight additional individuals as respondents in this case.

An application for a writ of habeas corpus shall name as the respondent the person who has custody over the petitioner.  28 U.S.C. § 2242; <u>Blango v. Thornburgh</u>, 942 F.2d 1487, 1491-92 (10th Cir. 1991).  The petitioner has already named the Warden of FCF as a respondent in this case.  Accordingly,

I respectfully RECOMMENDED that the Motion be DENIED.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the parties have 10 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed.R.Civ.P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. In re Key Energy Resources Inc., 230 F.3d 1197, 1199-1200 (10th Cir. 2000). A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated March 28, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge