IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00212-EWN-BNB

GREGORY GOODLOE,

Petitioner,

v.

THE UNITED STATES PAROLE COMMISSION,

Respondent.
_____

**ORDER**
_____

This matter is before me on the petitioner's **Motion to Amend to Add Correct Respondent(s)** [Doc. #26, filed 12/20/06] (the "Motion"). The Motion is STRICKEN.

The petitioner filed his Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Application") on February 17, 2006. The petitioner seeks for the third time to amend the Application to add and/or substitute respondents. The petitioner's previous requests to add and/or substitute respondents have been fully addressed in my Recommendation issued December 7, 2006 [Doc. #22].

The rules of this Court provide:

> A verbose, redundant, ungrammatical or unintelligible brief or motion may be stricken or returned for revision, and its filing may be grounds for imposing sanctions.

D.C.COLO.LCivR 7.1H.

The petitioner's Motion is redundant. Accordingly,

IT IS ORDERED that the Motion is STRICKEN.

IT IS FURTHER ORDERED that the petitioner shall cease filing redundant motions to add and/or substitute respondents.

Dated January 2, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge