IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00212–EWN–BNB

GREGORY GOODLOE,

      Petitioner,

v.

THE UNITED STATES PAROLE COMMISSION, and
GARY K. WATKINS (Custodian Warden),

      Respondents.

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed December 7, 2006. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. The "'Notice' 27 U.S.C. 636(c)" (#14) is DENIED.

    3. The "Motion to Amend, Correct, or Modify Previous Submitted 'Notice' Pursuant to 28 U.S.C. §636(c)" (#19) is DENIED.

4. Gary K. Watkins is DISMISSED as a respondent.

DATED this 9th day of January, 2007.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge