IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 06-cv-00212-CMA-BNB

GREGORY GOODLOE,

    Petitioner,

v.

THE UNITED STATES PAROLE COMMISSION, and
GARY K. WATKINS, Custodian Warden,

    Respondent.

---

**ORDER ADOPTING AND AFFIRMING APRIL 3, 2007 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the recommendation by the Magistrate Judge that Petitioner's Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 be dismissed with prejudice for failure to exhaust administrative remedies (Doc. # 31).

Plaintiff has objected to this recommendation. In light of the objections, the Court has conducted the requisite *de novo* review of the issues, the recommendation and Petitioner's objections. Based on this review, the Court has concluded that the Magistrate Judge's thorough and comprehensive analyses and recommendation is correct. Moreover, Petitioner may not raise new arguments in his objection that were not raised before the Magistrate Judge. *See United States v. Garfinkle*, 261 F.3d 1030, 1331 (10th Cir. 2001). Accordingly,

IT IS ORDERED that the April 3, 2007 Recommendation of United States Magistrate Judge (Doc. # 31) is ACCEPTED and, for the reasons cited therein, Petitioner's Amended Application for a Writ of Habeas Corpus (Doc. # 4) is DISMISSED WITH PREJUDICE.

DATED: December  8 , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge