IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 06-cv-00212-CMA-BNB

GREGORY GOODLOE,

    Applicant,

v.

UNITED STATES PAROLE COMMISSION, and
GARY K. WATKINS, Custodian Warden,

    Respondents.

---

## ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

ORDERED that a certificate of appealability will not be issued.

DATED at Denver, Colorado this __21st__ day of January, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge